

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINA DZEVENTKAUSKIENE<br>A 045 691 039<br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; SECRETARY MICHAEL CHERTOFF; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; RUTH DORCHOFF, DISTRICT DIRECTOR; PETER KEISLER, US ATTORNEY GENERAL AND THE UNITED STATES OF AMERICA; FEDERAL BUREAU OF INVESTIGATION, ROBERT MUELLER<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>**07CV6323**<br>**JUDGE PALLMEYER**<br>**MAG.JUDGE VALDEZ**<br><br>Jury Demand |

### PETITION FOR HEARING ON NATURALIZATION APPLICATION

NOW COMES the Petitioner, Regina Dzeventkauskiene, by and through her attorneys, Omar A. Abuzir, of Khalaf, Abuzir & Mitchell, P.C., and respectfully petitions this Court for hearing on naturalization application, and in support thereof, states as follows:

### STATEMENT OF ACTION

1. This action is brought to compel action on Application for Naturalization ("N-400") properly filed with the United States Citizenship and Immigration Services ("USCIS") by the Plaintiff. To the Plaintiff's detriment, Defendants have failed to adjudicate the application.

1

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 8 U.S.C. § 1447(b) and Immigration and Nationality Act ("INA") Section 336(b). These provisions specifically provides for judicial review when the USCIS fails to make a decision on a naturalization application within 120 days after examination.

2. This Court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 U.S.C. §1331; 28 U.S.C.§1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C.§§2201-2202.

3. This action is brought to compel the Defendants, an officer and an agency of the United States, to perform the duties arising under the laws of the United States.

4. This Court has jurisdiction to hear actions arising from claims that an agency or officer or employee of a government agency failed to act in its official capacity and the person to whom the duty was owed suffered a legal wrong. 5 U.S.C. §702.

5. This action invokes the Plaintiffs' right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction.

6. This action is brought due to the repeated failure of the Defendants to perform their duty to adjudicate the Plaintiffs' N-400 Application for

Naturalization application within a reasonable amount of time. Failure to adjudicate said application has resulted in harm to the Plaintiff.

7. The USCIS interviewed the plaintiff on her application for naturalization on November 15, 2004.

8. Venue is proper in the Northern District of Illinois because Respondents reside in the Northern District of Illinois, a substantial part of the activities complained of occurred in the Northern District of Illinois, and petitioner resided in this judicial district. See 8 U.S.C. §1391(e).

9. Plaintiff has exhausted all of her administrative remedies in this case as required by 8 C.F.R. §336.9.

**PARTIES**

10. Plaintiff is a native of Lithuania, who has been a Lawful Permanent Resident since June 24, 1997. She has continuously resided in the United States and has satisfied the residency requirements for naturalization, has been a person of good moral character and has demonstrated knowledge of the English language and U.S. government and history as required by §316, 8 U.S.C.S. §1427.

11. Defendant Michael Chertoff ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only. Pursuant to the Homeland Security Act of 2002, Pub. L. 107-296, Defendant Chertoff, through his delegates has authority to adjudicate naturalization petitions filed with the United States

Citizenship and Immigration Services (USCIS) to accord them citizenship under the provisions of §335 of the Immigration Act, 8 U.S.C.S. §1446.

12. Peter Keisler ("Keisler"), the Attorney General of the United States, is being sued in his official capacity only. Keisler is authorized to promulgate regulations governing the implementation and administration of the Immigration and Nationality Act pertaining to the naturalization of legal resident aliens and other qualified aliens.

13. Defendant Ruth Dorchoff ("Dorchoff"), is the District Director of Chicago USCIS, is being sued in his official capacity only. Dorchoff is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

14. Defendant Robert Mueller ("Mueller"), is the Director of the Federal Bureau of Investigation, is being sued in his official capacity. Mueller is charged with supervisory authority over FBI operations and FBI agents and officers acting in their official capacity.

## CAUSE OF ACTION

15. Plaintiff filed Form N-400, Application for Naturalization with the USCIS on August 3, 2004 pursuant to §334 of the Immigration Act of 1990, Pub. L. No. 101-649, 104 Stat. 4978, 8 U.S.C. §1445. SEE EXHIBIT "A"

16. That on November 15, 2004, Plaintiff was scheduled at the Chicago

4

Citizenship Office and was interviewed by Officer McCann. Plaintiff had passed the tests of English, U.S. History and Government and was advised that a decision will be forwarded to the Plaintiff in the mail. No additional evidence was requested by the adjudicating officer. SEE EXHIBIT "B"

17. That Plaintiff and counsel have been informed by USCIS that due to circumstances involving enhanced security procedures, USCIS has been unable to completely process the Plaintiff's N-400 application.

18. Section 322, 8 U.S.C.S. §1443 (a) states in pertinent part:

> (a) Rules and regulations governing examination of applicants. The Attorney General shall make such rules and regulations as may be necessary to carry into effect the provisions of this chapter and is authorizes to prescribe the scope and nature of the examination of applicants for naturalization as to their admissibility to citizenship. Such examination, shall be limited to inquiry concerning the applicant's residence, physical presence in the United States, good moral character, understanding of and attachment to the fundamental principles of the Constitution of the United States, ability to reads, write, and speak English, and other qualifications to become a naturalized citizen as required by law, and shall be uniform throughout the United States.

19. The regulation promulgated by the Attorney General, 8 C.F.R. §335.1 states as follows:

Investigation of applicant:

Subsequent to the filing of an application for naturalization, the Service shall conduct an investigation of the applicant. The investigation shall consist, at a minimum, of a review of all pertinent records, police department checks, and a neighborhood investigation in the vicinities where the applicant has resided and has been employed, or engaged in business, for at least the five years immediately preceding the filing of the application. The district director may waive the neighborhood investigation of the applicant provided for in this paragraph.

Section 355.2, 8 C.F.R., states:

Examination of applicant.

(a) General. Subsequent to the filing of an application for naturalization, each applicant shall appear in person before a Service officer designated to conduct examination pursuant to §332.1 of this chapter. The examination shall be uniform throughout the United States and shall encompass all factors relating to the applicant's eligibility for naturalization. The applicant may request the presence of an attorney or representative who has filed an appearance in accordance with part 292 of this chapter.

(b) Completion of criminal background checks before examination. The Service will notify applicants for naturalization to appear before a Service officer for initial examination on the naturalization application only after the Service has received a definitive response from the Federal Bureau of Investigation that a full background check of an applicant has been completed. A definitive response that a full criminal background check on an applicant has been completed includes:

    (1)    Confirmation from the Federal Bureau of Investigation that an applicant does not have an administrative or a criminal record;

    (2)    Confirmation from the Federal Bureau of Investigation that an applicant has an administrative or a criminal record; or

    (3)    Confirmation from the Federal Bureau of Investigation that two properly prepared fingerprint cards (Form FD-258) have been determined unclassifiable for the purpose of conducting a criminal background check and have been rejected.

20. That the reasons given by Defendants are pretextual and have no basis in law or in any of the regulations promulgated by the Attorney General. That the investigation of Plaintiff's petition for naturalization, including the criminal record check by the Federal Bureau of Investigation was completed prior to the examination of the Plaintiff and the Defendant's actions are solely intended to indefinitely frustrate

and deny citizenship to the Plaintiff.

21. That pursuant to §336, 8 U.S.C. §1447, Defendant Dorchoff was required to make a determination on Plaintiff's application for naturalization within 120 days following examination. That said period has expired.

**WHEREFORE**, Plaintiff prays that this court grant her the following Relief:

A. To hold a hearing on Petitioner's application for naturalization as required by §336, 8 U.S.C.S. §1447(b) on his application for naturalization;

B. To grant her citizenship pursuant to her application for naturalization;

C. Awarding Plaintiffs reasonable attorney's fees pursuant to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a reasonable amount of time; and

D. Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,
Regina Dzeventkauskiene

By: _____
Omar A. Abuzir
Attorney for Plaintiff

Khalaf, Abuzir & Mitchell, P.C.
Attorneys for Plaintiffs
10031 S. Roberts Road
Palos Hills, Illinois 60465
(708)233-1122
(FAX)233-1161

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINA DZEVENTKAUSKIENE ) <br> A 045 691 039 ) <br>             Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOMELAND ) <br> SECURITY; SECRETARY MICHAEL ) <br> CHERTOFF; UNITED STATES ) <br> CITIZENSHIP AND IMMIGRATION ) <br> SERVICES; RUTH DORCHOFF, ) <br> DISTRICT DIRECTOR; PETER KEISLER, ) <br> US ATTORNEY GENERAL AND THE ) <br> UNITED STATES OF AMERICA, ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ROBERT MUELLER, DIRECTOR ) <br>             Defendants. ) | Case No. <br><br> Judge <br><br> Magistrate <br><br><br><br> Jury Demand |

**NOTICE OF FILING**

TO:   Robert Mueller                               Michael Chertoff
        Federal Bureau of Investigation       Office of General Counsel
        935 Pennsylvania Ave. NW            U.S. Dept. of Homeland Security
        Washington, D.C. 20535-0001         Washington, D.C. 20528
        **Via Hand Delivery**                           **Via First Class Mail**

        Peter Keisler                                   Ruth Dorchoff
        US Attorney General                     District Director, USCIS
        950 Pennsylvania Avenue, NW        10 West Jackson Blvd.,
        Washington, D.C. 20530                     Chicago, Illinois 60604
        **Via First Class Mail**                        **Via Hand Delivery**

     PLEASE TAKE NOTICE that on_____, Petitioner filed with the United States District Court for the Northern District of Illinois, their Petition for Hearing on Naturalization Application, a copy of which is hereby delivered to your office on_____.

*/s/ Omar A. Abuzir*
Omar A. Abuzir

**CERTIFICATE OF SERVICE**
     The undersigned attorney certifies that they caused this Notice to be served upon the above addressee by mail service by 5:00 p.m. on _____.

*/s/ Omar A. Abuzir*
Omar A. Abuzir

8



**PERMANENT RESIDENT CARD**
NAME DZEVENTKAUSKIENE, REGINA
INS A# 045-691-039
Birthdate   Category   Sex
09/17/67    DV2        F
Country of Birth
Lithuania
CARD EXPIRES 05/07/09
Resident Since 06/24/97




```
C1USA0456910396LIN9825051372<<
6709176F0905079LTU<<<<<<<<<<<7
DZEVENTKAUSKIENE<<REGINA<<<<<<
```

U.S. Department of Justice
Immigration and Naturalization Service

# Naturalization Interview Results

A#: 045 691 039

On 11-15-04, you were interviewed by INS Officer McCann

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted you will be notified when and (where to report for the Oath Ceremony).

B) __X__ A decision cannot yet be made about your application.

It is very important that you:
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 03-31-00)Y

www.uscis.gov
info pass

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | August 03, 2004 |
| APPLICATION NUMBER<br>LIN*000686355 | RECEIVED DATE<br>July 23, 2004 | PRIORITY DATE<br>July 23, 2004 | A 045 691 039<br>PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
REGINA ZDANAVICIUTE – Dzeventkauskiene
16726 W NATOMA DR
LOCKPORT IL 60441

PAYMENT INFORMATION:

Single Application Fee: $390.00
Total Amount Received: $390.00
Total Balance Due: $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: September 17, 1967
Address Where You Live: 16726 W NATOMA DR
LOCKPORT IL 60441

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

*[handwritten notes:]* Regina  09.17.67  Iene volkom noti
Dzeventkaus
3 to 4 weeks  30 day call back

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000641373 / LING000044310

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



U.S. Citizenship
and Immigration
Services

August 25, 2006

NRC2006060652

Regina Dzeventkauskiene
16726 W. Natoma Dr.
Lockport, IL 60441

Dear Regina Dzeventkauskiene:

We received your request for information relating to yourself on August 25, 2006.

Your request is being handled under the provisions of the Freedom of Information Act
(5 U.S.C. 552). It has been assigned the following control number: NRC2006060652. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this system we consider each request according to the complexity and volume so that requesters with a simple and quick response do not wait for extended periods of time while we review complex voluminous requests. Because of the nature of your request we have placed your request on the complex track. Since your request is on the complex track, you may wish to modify it to identify a specific document(s), the exact information sought, and location if known. Upon receipt, we will reconsider your request for eligibility for the faster track.

This office is now able to offer you the option of having your records copied to a Compact Disc (CD) for use on your personal computer. This option is an alternative to paper copies. The CD is readable on all computers, except Apple brand, through the use of Adobe Acrobat software. A version of Adobe Acrobat will be included on the CD. Your records can be viewed on your computer screen and can be printed onto paper. Only records 15 pages or more are eligible for CD printing. **Attorneys automatically receive CDs, unless they contact us to request paper copies. Once an attorney has requested paper copies, all future responsive records will be provided via paper – there is no need to call again.** For individuals (i.e. non-attorneys) please call our office at (816) 350-5570 to order your record on CD. Once you request your records on either CD or paper, all future records will be furnished in the format you have requested.

www.uscis.gov