# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6323 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Regina Dzeventkauskiene vs. U.S. Department of Homeland Security, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/1/2008. As Plaintiff has been sworn in as a naturalized citizen, this case is dismissed voluntarily. Civil case terminated.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|